KILPATRICK TOWNSEND & STOCKTON LLP
DOUGLAS M. MCMANAMON (State Bar No. 233015)
dmcmanamon@kilpatricktownsend.com
Eighth Floor, Two Embarcadero Center
San Francisco, CA  94111
Telephone:   415 576 0200
Facsimile:    415 576 0300

KILPATRICK TOWNSEND & STOCKTON LLP
CHAD V. THERIOT (*Pro Hac Vice Application Pending*)
ctheriot@kilpatricktownsend.com
ELIZABETH H. CRABTREE (*Pro Hac Vice Application Pending*)
lcrabtree@kilpatricktownsend.com
1100 Peachtree Street, N.E.
Suite 2800
Atlanta, Georgia 30309
Telephone: 404 815 6500
Facsimile: 404 815 6555

Attorneys for Plaintiff
AMEC ENVIRONMENT & INFRASTRUCTURE, INC.

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMEC ENVIRONMENT & INFRASTRUCTURE, INC., <br><br> Plaintiff, <br><br> v. <br><br> SPECTRUM SERVICES GROUP, INC., <br><br> Defendant. | CASE NO.  13-cv-04059-WHO <br><br> **STIPULATION BETWEEN AMEC ENVIRONMENT & INFRASTRUCTURE, INC. AND SPECTRUM SERVICE GROUP TO RESOLVE MOTION TO STAY ARBITRATION; ORDER THEREON** |

WHEREAS, on September 3, 2013, Plaintiff AMEC Environment & Infrastructure, Inc. ("AMEC") filed its Notice of Motion and Motion to Stay Arbitration;

WHEREAS, AMEC and defendant Spectrum Services Group, Inc. ("SSG"), have met and conferred through their respective counsel regarding the motion;

AMEC and SSG now stipulate that:

(1)   AMEC and SSG request an Order from the court staying arbitration pending this Court's ruling on Count 3 of AMEC's claim for relief in the complaint (Declaratory judgment that

STIPULATION BETWEEN AMEC ENVIRONMENT & INFRASTRUCTURE, INC. AND
SPECTRUM SERVICE GROUP TO RESOLVE MOTION TO STAY ARBITRATION; ORDER
THEREON                                                                                                                  - 1 -

the parties' contract does not provide for arbitration without the express written consent of AMEC) and Count 5 of AMEC's claim for relief in the complaint for injunctive relief.

(2) Upon approval of this stipulation by the Court, and entry of and order as provided below, AMEC shall request the court take the Motion to Stay Arbitration off calendar.

DATED: September 19, 2013      KILPATRICK TOWNSEND & STOCKTON LLP

By: _____
    DOUGLAS M. MCMANAMON

Attorneys for Plaintiff
AMEC ENVIRONMENT & INFRASTRUCTURE, INC.

DATED: September 19, 2013      ROGERS, JOSEPH, O'DONNELL

By: _____
    PATRICIA A. MEAGHER

**PURSUANT TO THE PARTIES' STIPULATION**, **IT IS ORDERED THAT** arbitration between the parties is STAYED pending this Court's ruling on Count 3 of AMEC's claim for relief in the complaint (Declaratory judgment that the parties' contract does not provide for arbitration without the express written consent of AMEC) and Count 5 of AMEC's claim for relief in the complaint for injunctive relief.

IT IS SO ORDERED.

Dated: September 19, 2013



HON. WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE



STIPULATION BETWEEN AMEC ENVIRONMENT & INFRASTRUCTURE, INC. AND SPECTRUM SERVICE GROUP TO RESOLVE MOTION TO STAY ARBITRATION; ORDER THEREON                                                                     - 2 -