ROGERS JOSEPH O'DONNELL
Patricia A. Meagher (State Bar No. 113219)
  pmeagher@rjo.com
Tyson Arbuthnot (State Bar No. 215225)
  tarbuthnot@rjo.com
311 California Street
San Francisco, California 94104
Telephone: 415.956.2828
Facsimile: 415.956.6457

Attorneys for Defendant and Counterclaimant
SPECTRUM SERVICES GROUP, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMEC ENVIRONMENTAL AND INFRASTRUCTURE, INC., <br><br>Plaintiff, <br><br>vs. <br><br>SPECTRUM SERVICES GROUP, INC., <br><br>Defendant. | Civil Action No. 3:13 CV-04059-WHO <br><br>**STIPULATION AND ORDER FURTHER EXTENDING TIME TO FILE CLAIM** |
| SPECTRUM SERVICES GROUP, INC. <br><br>Counterclaimant, <br><br>vs. <br><br>AMEC ENVIRONMENTAL AND INFRASTRUCTURE, INC. <br><br>Counterdefendant. | |

Defendant and Counterclaimant Spectrum Services Groups (SSG), Plaintiff and Counterdefendant AMEC Environmental and Infrastructure, Inc. ("AMEC") and Defendant Berkley Regional Insurance Company ("Berkley") hereby stipulate to, and move this Court for issuance of, an order extending the date by which AMEC is to approve SSG's request for equitable adjustment or certified claim ("claim") to AMEC.

The basis for the request is as follows: SSG, AMEC, Berkley and SST-Pullman (a subcontractor to SSG) submitted claims by and among the parties to mediation on July 7, 2014 before mediator Randy Wulff. The settlement agreement has been executed by SSG, Berkley and SST-Pullman and is pending before AMEC. SSG has executed a Joint Prosecution Agreement with AMEC for submission of claims against the National Park Service; AMEC's execution of the Joint Prosecution Agreement is pending. SSG has submitted its claim to AMEC. AMEC expects to complete its review and approve it for presentation to the NPS by March 26, 2015.

As a result, the parties request an extension of the date set forth in the Court's order dated January 12, 2015, attached hereto as Exhibit A. AMEC's approval of SSG's claim would be due no later than March 26, 2015.

All other terms of the Order Staying Case dated February 4, 2014 remain unchanged.

Dated: March 16, 2015     KILPATRICK TOWNSEND & STOCKTON LLP

By: */s/ Chad Theriot*
     CHAD THERIOT
Attorney for Plaintiff and Crossdefendant
AMEC ENVIRONMENT & INFRASTRUCTURE, INC.

Dated: March 16, 2015     ROGERS JOSEPH O'DONNELL

By: */s/ Patricia A. Meagher*
     Patricia A. Meagher
Attorney for Defendant and Counterclaimant
SPECTRUM SERVICES GROUP, INC.

//

//

Page 2

Stipulation and Order Further Extending Time to File Claim
Civil Action No. 3:13 CV-04059-WHO

357886.2

//
Dated: March 16, 2015                      SEDGWICK, DETERT, MORAN & ARNOLD LLP


By:   */s/ Marilyn Klinger*
         MARILYN KLINGER
Attorney for Defendant
BERKLEY REGIONAL INSURANCE COMPANY


I attest that concurrence in the filing of this document has been obtained from Chad Theriot for Plaintiff AMEC Environment & Infrastructure, Inc. and Marilyn Klinger for Defendant Berkley Regional Insurance Company.


By:  */s/ Patricia A. Meagher*
         Patricia A. Meagher
Attorney for Defendant and Counterclaimant
SPECTRUM SERVICES GROUP, INC.


# O R D E R

AMEC shall approve for sponsorship and presentation all of SSG's good faith claims to the contracting officer no later than March 26, 2015.  All other terms of the Order Staying Case dated February 4, 2014 remain unchanged.

**SO ORDERED.**

Dated: March 18, 2015          By: _____
                                    The Honorable William H. Orrick
                                    UNITED STATES DISTRICT JUDGE