```
1   ROGERS JOSEPH O'DONNELL
    Patricia A. Meagher (State Bar No. 113219)
2     pmeagher@rjo.com
    Tyson Arbuthnot (State Bar No. 215225)
3     tarbuthnot@rjo.com
    311 California Street
4   San Francisco, California 94104
    Telephone:  415.956.2828
5   Facsimile:  415.956.6457

6   Attorneys for Defendant and Counterclaimant
    SPECTRUM SERVICES GROUP, INC.
```

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMEC ENVIRONMENTAL AND INFRASTRUCTURE, INC., <br><br> Plaintiff, <br><br> vs. <br><br> SPECTRUM SERVICES GROUP, INC., AND BERKLEY REGIONAL INSURANCE COMPANY, <br><br> Defendants. | Civil Action No. 3:13 CV-04059-WHO <br><br> **STIPULATION AND DISMISSAL WITH PREJUDICE** |
| SPECTRUM SERVICES GROUP, INC. <br><br> Counterclaimant, <br><br> vs. <br><br> AMEC ENVIRONMENTAL AND INFRASTRUCTURE, INC. <br><br> Counterdefendant. | |

Defendant and Counterclaimant Spectrum Service Group (SSG), Plaintiff and Counterdefendant AMEC Environmental and Infrastructure, Inc. ("AMEC") and Defendant Berkley Regional Insurance Company ("Berkley") hereby stipulate to, and move this Court for, an Order dismissing this action, including all claims and counterclaims, with prejudice.

Page 1

As between AMEC and SSG, each party will bear its own fees and costs incurred in this action. As between AMEC and Berkley, each party will bear its own fees and costs incurred in this action. There is no claim between SSG and Berkley in this action; Berkley's right to recover from SSG fees and costs incurred as SSG's surety are reserved for adjudication outside of this action.

Dated: March 24, 2015        KILPATRICK TOWNSEND & STOCKTON LLP


                             By:   */s/ Chad Theriot*
                                   CHAD THERIOT
                             Attorney for Plaintiff and Crossdefendant
                             AMEC ENVIRONMENT & INFRASTRUCTURE, INC.


Dated: March 24, 2015        ROGERS JOSEPH O'DONNELL


                             By:   */s/ Patricia A. Meagher*
                                   Patricia A. Meagher
                             Attorney for Defendant and Counterclaimant
                             SPECTRUM SERVICES GROUP, INC.


Dated: March 24, 2015        SEDGWICK, DETERT, MORAN & ARNOLD LLP


                             By:   */s/ Marilyn Klinger*
                                   MARILYN KLINGER
                             Attorney for Defendant
                             BERKLEY REGIONAL INSURANCE COMPANY

//

//

//

I attest that concurrence in the filing of this document has been obtained from Chad Theriot for AMEC Environment & Infrastructure, Inc. and Marilyn Klinger for Berkley Regional Insurance Company.

By: */s/ Patricia A. Meagher*
Patricia A. Meagher
Attorney for Defendant and Counterclaimant
SPECTRUM SERVICES GROUP, INC.

**ORDER**

**IT IS SO ORDERED.**

Dated: March 24, 2015    By: _____
The Honorable William H. Orrick
UNITED STATES DISTRICT JUDGE